Appellate Division, Second Department. June 9, 1911.) In the matter of the application of the City of New York, relative to acquiring title, etc., to lands for a plaza at the Manhattan Bridge terminal in the borough of Brooklyn, city of New York, etc.; Meier Steinbrink, petitioner. No opinion. Motion to conform report granted. Settle order before the Presiding Justice, upon notice to the corporation counsel. See, also, 128 N. Y. Supp. 1134.

MANNION, Appellant, v. VAIL, Respondent. (Supreme Court, Appellate Division, Second Department. April 28, 1911.) Action by Michael Mannion against Edward G. Vail, Jr. No opinion. Order of the Municipal Court affirmed, with costs.

MANUFACTURERS' COMMERCIAL CO. v. HECKSCHER. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by the Manufacturers' Commercial Company against August Heckscher. No opinion. Motion granted, order resettled. Order filed. See, also, 129 N. Y. Supp. 556.

MARKOWITZ, Respondent, v. RATNER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) Action by Joseph Markowitz against Louis Ratner and another. No opinion. Motion to dismiss appeal denied, without costs.

MARONE v. LATHROP, SHEA & HENWOOD CO. (Supreme Court, Appellate Division, Fourth Department. May 3, 1911.) Action by Bernardino Marone against the Lathrop, Shea & Henwood Company. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendant upon the nonsuit, with costs.

MARSELLUS, PITT & CO. v. SIMPSON. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Action by Marsellus, Pitt & Co. against Thomas Simpson. No opinion. Motion denied, with $10 costs. Order filed. See, also, 128 N. Y. Supp. 587.

In re MARTIN. (Supreme Court, Appellate Division, Second Department. June 9, 1911.) In the matter of Joseph Martin, an attorney. Matter referred to William F. Wyckoff, Esq., to take testimony and report thereon, with his opinion. No opinion. Edward A. Freshman, Esq., is assigned to conduct such proceedings.

MASON, Respondent, v. JAYNE et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by Herbert C. Mason against Andrew F. Jayne and another.

PER CURIAM. Interlocutory judgment affirmed, with costs.

THOMAS, J., dissents.

MAXON, Respondent, v. BURNSTEIN, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Fay I. Maxon against A. Burnstein. No opinion. Order affirmed, with costs.

MAXON, Respondent, v. BURNSTEIN, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Fay I. Maxon against A. Burnstein. No opinion. Order appealed from modified, by striking therefrom the allowance of costs, and, as so modified, affirmed, without costs.

MEADE, Respondent, v. PRESTON, Appellant. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by Thomas J. Meade against Agnes Rice Preston.

PER CURIAM. Judgment and order affirmed, with costs, on the ground that questions of fact were presented for the jury to determine, and that the objection that the plaintiff was not a licensed plumber was not presented on the trial, and hence was waived.

MENZER, Appellant, v. HERBST, Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by William Menzer against Louis Herbst. No opinion. Judgment of the Municipal Court affirmed, with costs.

MERCANTILE NAT. BANK, Respondent, v. HEINZE, Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Action by the Mercantile National Bank against Fritz A. Heinze. C. J. Heermance, for appellant. H. H. Pierce, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 128 N. Y. Supp. 1135.

In re MICHAELSON. (Supreme Court, Appellate Division, First Department. April 28, 1911.) In the matter of Alexander Michaelson, an attorney. No opinion. Application denied. Settle order on notice.

MICHEL, Respondent, v. CALLAHAN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 24, 1911.) Action by Minnie C. Michel, as executrix, etc., against Camilla Callahan, interpleaded, etc. No opinion. Judgment affirmed, with costs.

MIDWOOD PARK CO. v. BAKER et al. (Supreme Court, Appellate Division, Second Department. May 12, 1911.) Action by the Midwood Park Company against Bertha G. McLaughlin Baker and others. No opinion. Judgment (128 N. Y. Supp. 954) affirmed, with costs.

MILLMAN, Respondent, v. ADLER, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 26, 1911.) Action by Bella G. Millman against Jacob P. Adler, impleaded with others. J. A. Seidman, for appellant. A. H. Sarasohn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

MILNE, Respondent, v. GLIDDEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action